# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CHERYL DAVIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 05-0216-BH-L |
| ) | |
| AMERICAN FAMILY HOME INS. CO. ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion (Doc. 4) to Dismiss. Relying on Plaintiff's filing, the Court is of the belief that the parties have reached a settlement in this case. Therefore, the Court **hereby GRANTS** Plaintiff's Motion (Doc. 4) and the action is **DISMISSED**, with prejudice, each party to bear its own costs unless otherwise agreed upon.

**So ORDERED**, this 27th day of May, 2005.

**CLERK IS ORDERED TO CLOSE THE CASE.**

                                                s/ W. B. Hand
                                             SENIOR DISTRICT JUDGE